No. 65269.—F. J. Strauss Co., Inc. v. United States, protests 60/22855 and 60/22856 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the vinyl bags weighed 32 grams each, the merchandise was held dutiable on said weight, and the collector was directed to reliquidate the entry accordingly.

BEFORE THE FIRST DIVISION, MARCH 14, 1961

No. 65270.—Eastern Commission Co., Inc., and Pacmarine Products Co. v. United States, protests 60/18363 and 60/17263 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 14, 1961

No. 65271.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. v. United States, protests 291176–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.